UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
JUL 14 2015
DAVID CREWS, CLERK
BY _____
Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr 082
    18 U.S.C. § 2250(a)

TIMOTHY MOODY LOWE

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about May 15, 2015, through on or about June 9, 2015, in the Northern District of Mississippi and elsewhere, TIMOTHY MOODY LOWE, defendant, being a person required to register under the Federal Sex Offender Registration and Notification Act (SORNA), traveled in interstate commerce and did knowingly fail to update a registration as a sex offender in the State of Mississippi, and did knowingly fail to register as a sex offender in the State of Alabama, all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

/s/ Signature Redacted
FOREPERSON

_____
UNITED STATES ATTORNEY